# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 14-2930

———————————————

Transito Omar Castillo-Hernandez

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

——————————

Petition for Review of an Order of the
Board of Immigration Appeals

——————————

Submitted: April 9, 2015
Filed: April 14, 2015
[Unpublished]

——————————

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.

——————————

PER CURIAM.

Transito Omar Castillo-Hernandez, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals upholding an immigration judge's decision to deny his applications for asylum and withholding of removal. After careful consideration of the issues before us, *see De Castro-Gutierrez v. Holder*, 713 F.3d 375, 379 (8th Cir. 2013), we deny the petition, because we conclude that

substantial evidence supports the finding that Castillo failed to establish past persecution or a well-founded fear of future persecution, *see Ortiz-Puentes v. Holder*, 662 F.3d 481, 483-84 (8th Cir. 2011).  The petition for review is denied.  *See* 8th Cir. R. 47B.

_____